**Dismissed and Memorandum Opinion filed March 17, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00975-CV

---

### WLLIAM A. BALDWIN, Appellant

### V.

### LPP MORTGAGE, LTD, Appellee

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1049938**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 30, 2015.  The notice of appeal was filed December 9, 2014.  To date, our records show that appellant has not paid the $195.00 appellate filing fee.  *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Tex. Gov't Code Ann. § 51.207.

On February 10, 2015, this court ordered appellant to pay the appellate filing fee on or before February 25, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.